FILED
CLERK, U.S. DISTRICT COURT

FEB 27 2026

CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION        BY DEPUTY

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

Plaintiff,

v.

Courtney Nicole Kollath

Defendant.

5:26 - MJ - 107

ORDER OF DETENTION AFTER HEARING ( Fed.R.Crim.P. 32.1(a)(6) Allegations of Violations of Probation Supervised Release) Conditions of Release)

On arrest warrant issued by a United States District Court involving alleged violations of conditions of probation or Supervised Release,

The court finds no condition or combination of conditions that will reasonably assure:

(A)  (✓)  the appearance of defendant as required; and/or

(B)  (✓)  the safety of any person or the community.

//

//

The court concludes:

A.    (✓)   Defendant poses a risk to the safety of other persons or the community because defendant has not demonstrated by clear and convincing evidence that:

· DEFENDANT DECLINED TO INTERVIEW WITH PRETRIAL SERVICES, SO NO INFORMATION ABOUT BACKGROUND

· SUBMISSION TO DETENTION

(B)   (✓)   Defendant is a flight risk because defendant has not shown by clear and convincing evidence that:

· DEFENDANT DECLINED TO INTERVIEW WITH PRETRIAL SERVICES.

· SUBMISSION TO DETENTION

IT IS ORDERED that defendant be detained.

DATED: 2/27/26

_____
DAVID T. BRISTOW
UNITED STATES MAGISTRATE JUDGE

2